■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. [724 NYS2d 381] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Makowski, J. (Appeal from Judgment of Supreme Court, Erie County, Makowski, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Burns, JJ.